UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA
*ex rel.* VERITY INVESTIGATIONS,
LLC,

    Plaintiff-Relator,

    v.

THIERICA EQUIPMENT
CORPORATION, et al,

    Defendant.

_____/

Case No. 1:24-cv-737

HON. HALA Y. JARBOU
Chief U.S. District Judge

## ORDER

The Relator having filed a Notice of Voluntary Dismissal of this action and the United States having filed its Notice of Consent to Dismissal, pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(l), the Court rules as follows:

IT IS HEREBY ORDERED THAT,

1. This action is dismissed without prejudice to Relator Verity Investigations, LLC, and as to the United States; and

2. The seal shall be lifted upon Relator's Complaint and all other previous and subsequent filings in this case, except that only a partially-redacted version of the following pleading (attached as Exhibit 1 to the United States' Notice of Consent Dismissal) shall be made public:

   *Memorandum in Support of the United States of America's First* Ex Parte *Application for a One-Hundred-Eight-Day Extension of Time To Consider Election to Intervene* (Sept. 18, 2024).

IT IS SO ORDERED, this <u>29th</u> day of <u>October</u>, 2024.

                                   /s/ Hala Y. Jarbou
                                   HALA Y. JARBOU
                                   Chief U.S. District Judge